F. DILLON GROVE

*vs.*

JACOB J. FUNK AND J. O. SNYDER,
ADMINISTRATORS C. T. A. OF THE ESTATE OF LEWIS D. SNYDER,
RECEIVER, DECEASED.

*Evidence Acts: section 3 of Article 35; purposes of—. Conversations held with the decedents.*

The Evidence Acts, section 3 of Article 35 of the Code, were passed in recognition of the necessity of protecting estates, at least to the extent of requiring those asserting claims to produce testimony from disinterested persons, and prohibiting those who are parties to the proceedings to establish their claims by transactions and conversations had with those whose lips are sealed in death.

*Decided February 13th, 1918.*

Appeal from the Circuit Court for Washington County. (HENDERSON, J.)

The cause was argued before BOYD, C. J., BURKE, URNER, STOCKBRIDGE and CONSTABLE, JJ.

*Frank G. Wagaman* (with whom was *A. C. Strite* on the brief), for the appellant.

*Alexander Armstrong* (with whom was *J. A. Mason* on the brief), for the appellees.

The decree of the lower Court was affirmed, with costs to the appellant, in an opinion by CONSTABLE, J.